UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Trustees Of The New York City District
Council Of Carpenters Pension Fund,
Welfare Fund, Annuity Fund, and
Apprenticeship, Journeyman Retraining,
Educational and Industry Fund et al.,

                              Petitioner(s),

    -against-

Pavel Partition Installers, Inc.,

                              Respondent(s).
-------------------------------------------------------------X

No. 20CV7137-LTS-OTW

ORDER

## ORDER

      In light of the pending motion, the initial pretrial conference scheduled for December 4, 2020, is rescheduled to **March 5, 2021, at 10:00 a.m.**

      SO ORDERED.

Dated:  New York, New York
          December 1, 2020

                                                  /s/  Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 United States District Judge