UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, and APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, THE CARPENTER
CONTRACTOR ALLIANCE OF METROPOLITAN
NEW YORK, and the NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS,
       Petitioners,      20 **CIVIL** 7137 (LTS)

  -against-         **JUDGMENT**

PAVEL PARTITION INSTALLERS, INC.,
       Respondent.
-------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated April 1, 2021, the Court has thoroughly reviewed Petitioners' submissions filed in connection with the Motion and finds that Petitioners have carried their burden of demonstrating their entitlement to the relief requested therein. Accordingly, the Motion is hereby GRANTED. Judgment is entered in the total amount of $2,644,355.40, which consists of the arbitration award of $2,512,174.21, attorney's fees in the amount of $630, costs in the amount of $75, and prejudgment interest on the arbitration award at the rate of 6.75% from the date of that award, June 22, 2020, through the date of entry of judgment, totaling $131,476.19 Post-judgment interest will accrue at the statutory rate, 28 U.S.C. § 1961, until the judgment is paid; accordingly, the case is closed**.**

**Dated**: New York, New York
   April 1, 2021

              **RUBY J. KRAJICK**
              _____
              **Clerk of Court**
         **BY:** *K. Mango*
              _____
              **Deputy Clerk**